**David ZINK, et al., Appellants,**

**Richard Strong and Marcellus S. Williams, Intervenors,**

v.

**George A. LOMBARDI, et al., Appellees.**

No. 14–2220.

United States Court of Appeals, Eighth Circuit.

Dec. 4, 2014.

Michael J. Goria, St. Louis, MO, Jennifer Hearndon, Florissant, MO, for appellant Paul Goodwin.

Michael J. Spillane, Asst. Atty. Gen., Jefferson City, MO, for appellees.

Before RILEY, Chief Judge, WOLLMAN, LOKEN, MURPHY, BYE, SMITH, COLLOTON, GRUENDER, SHEPHERD and KELLY, Circuit Judges, En Banc.

The court, on its own motion, orders that PAUL GOODWIN'S motion for stay of execution be heard en banc. The motion for stay of execution is denied.

Judge MURPHY, Judge BYE and Judge KELLY would grant the stay of execution.

Judge BENTON did not participate in the consideration or disposition of this matter.

**ORDER**

BYE, Circuit Judge, dissenting, with whom Judge MURPHY and Judge KELLY join.

I would grant a stay of Paul Goodwin's execution and therefore respectfully dissent from the order denying a stay.

As I have previously discussed, Missouri's lack of disclosure and transparency accompanying its execution protocol is

cause for concern and has precluded us from conducting a meaningful review. *See, e.g., Zink Lombardi,* 14–2220 (8th Cir. Nov. 18, 2014) (en banc) (Bye, J., dissenting) (regarding Leon Taylor); *Zink v. Lombardi,* 14–2220 (8th Cir. Oct. 24, 2014) (en banc) (Bye, J., dissenting) (regarding Mark Christeson); *Ringo v. Roper,* 766 F.3d 880, 881 (8th Cir.) (en banc) (Bye, J., dissenting), cert. denied —— U.S. ——, 135 S.Ct. 41, 189 L.Ed.2d 892 (2014); *Zink v. Lombardi,* 756 F.3d 1123, 1123 (8th Cir. 2014) (en banc) (Bye, J., dissenting) (regarding Michael Worthington).

Accordingly, I would grant Goodwin's motion for a stay of execution.